BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

OCT 21 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00183 GSA |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| DUPREE DWAYNE EVANS, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The defendant has been arrested and is in custody in California for assault with a deadly weapon, attempted robbery and pimping, the charges which were the predicate offense for the federal complaint alleging unlawful flight to avoid apprehension.

Dated: October 21, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 21 day of October, 2014.

/s/ Sheila K. Oberto
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE